```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


MOBILE ATTIC, INC.,            )
MA MANUFACTURING COMPANY,      )
INC., and BAGLEY FAMILY        )
REVOCABLE TRUST,               )
                               )
     Plaintiffs,               )
                               )     CIVIL ACTION NO.
     v.                        )       1:09cv24-MHT
                               )           (WO)
PETER L. CASH, CASH            )
BROTHERS LEASING, INC.,        )
and BRIDGEVILLE                )
TRAILERS, INC.,                )
                               )
     Defendants.               )

                               )
NATIONAL SECURITY GROUP,       )
INC.,                          )
                               )
     Plaintiff-Intervenor,     )
                               )
     v.                        )
                               )
PETER L. CASH, MOBILE          )
ATTIC, INC., and BAGLEY        )
FAMILY REVOCABLE TRUST,        )
                               )
     Defendant-Intervenors.    )
```

## ORDER

It is ORDERED as follows:

(1) The motion to dismiss (Doc. No. 227) is granted.

(2) All claims brought by plaintiff MA Manufacturing Company, Inc., are dismissed without prejudice.

(3) All claims brought against defendants Cash Brothers Leasing, Inc., and Bridgeville Trailers, Inc., are dismissed without prejudice.

(4) Count 12 of the amended complaint is dismissed without prejudice.  (With the dismissal of plaintiff MA Manufacturing Company, Inc., and defendants Cash Brothers Leasing, Inc., and Bridgeville Trailers, Inc., counts 1, 6, 10, and 12 of the amended complaint have been dismissed.)

(5) Plaintiff MA Manufacturing Company, Inc., and defendants Cash Brothers Leasing, Inc., and Bridgeville Trailers, Inc., are terminated as parties.

(6) The court assumes that the non-movants have no objections to the dismissals; however, if they do, they

must file an objection within seven days from the date of this order.

DONE, this the 12th day of June, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE