IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MOBILE ATTIC, INC.,            )
                               )
     Plaintiff,                )
                               )
                               )    CIVIL ACTION NO.
     v.                        )      1:09cv24-MHT
                               )         (WO)
NATIONAL SECURITY GROUP,       )
INC.,                          )
                               )
     Defendant.                )
```

## JUDGMENT

Pursuant to the notice of final settlement (Doc. No. 258), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 17th day of August, 2012.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE